## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WILLIAM JOSEPH WASHINGTON,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:16-CV-368
CRIM. NO. 2:99-CR-068
JUDGE JAMES L. GRAHAM
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

On March 3, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the *Motion to Vacate under 28 U.S.C. § 2255* (ECF No. 34) be dismissed. (ECF No. 44.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 44) is **ADOPTED** and **AFFIRMED**. The petition to vacate (ECF No. 34) is denied, and this action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

Date: March 24, 2017

                                                             s/James L. Graham
                                                             JAMES L. GRAHAM
                                                             United States District Judge